IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Trisicha Hicks,	Case No. 3:18 CV 1658

    Plaintiff,	ORDER ADOPTING
	<u>REPORT AND RECOMMENDATION</u>

-vs-
	JUDGE JACK ZOUHARY

Commissioner of Social Security,

    Defendant.

Plaintiff *pro se* Trisicha Hicks filed a Complaint against the Commissioner of Social Security in July 2018 (Doc. 1). Under Local Civil Rule 72.2(b)(1), the Complaint was referred to Magistrate Judge James Knepp. The Commissioner filed a Motion requesting that this Court dismiss the Complaint as untimely, or, in the alternative, grant the Commissioner summary judgment (Doc. 12). After Hicks failed to oppose by the deadline, Judge Knepp extended the deadline to late December 2018 (Doc. 13). Hicks filed an Opposition before the extended deadline (Doc. 14).

Judge Knepp later issued a Report and Recommendation (R&R), which concludes that this Court should grant summary judgment for the Commissioner (Doc. 15 at 6). The R&R warns Hicks that failure to file objections to the R&R within fourteen days "WAIVES the right to appeal the Magistrate Judge's recommendation" (*id.*) (emphasis in original). Hicks has not filed objections, and the deadline has passed (Non-Doc. Entry 01/29/2019). *See* Federal Civil Rules 5(b)(2)(C), 6(a)(1), 6(d). "As long as a party was properly informed of the consequences of failing to object [to the

R&R], the party waives subsequent review by the district court and appeal to [the circuit court] if it fails to file an objection." *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995).

This Court has reviewed the R&R (Doc. 15) and adopts it in its entirety. Accordingly, for the reasons explained in the R&R, this Court grants summary judgment for the Commissioner.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

February 27, 2019